USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2014

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA Ex Rel. Michael J. Fisher, and Michael Fisher Individually, | § § § § | Case No. 12-cv-8915 |
| Plaintiff, | § § | Judge Naomi Reice Buchwald |
| vs. | § § | |
| Litton Loan Servicing LP | § | |
| Defendant. | | |

## ORDER OF DISMISSAL

BEFORE the Court is Relator's notice voluntarily dismissing without prejudice the above-entitled case pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Having considered the consent of the United States pursuant to 31 U.S.C. § 3730(b)(1), this action is hereby DISMISSED WITHOUT PREJUDICE.

SIGNED this 21st day of August _____, 2014.

_____
Hon. Naomi Reice Buchwald